

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00500-CR

Edward **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3128
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to correct a clerical error and to correctly reflect that the jury found appellant Edward Romero guilty of the offense of aggravated assault by causing serious bodily injury to a family member while using a deadly weapon, as charged in the indictment. We further MODIFY the judgment to correct a second clerical error and to correctly reflect that the trial court, not the jury, assessed punishment, and therefore strike the portion of the judgment purporting to reflect the jury's verdict on punishment. As modified, the judgment of the trial court is AFFIRMED.

SIGNED July 22, 2015.

_____
Rebeca C. Martinez, Justice